Argued May 3, affirmed August 17, 1977

ISAAC'S DESIGN EMPORIUM et al,
*Petitioners,*
*v.*
EMPLOYMENT DIVISION, *Respondent.*
(Case No. 76-T-67, CA 7428)

A. F. G. CORPORATION, *Petitioner,*
*v.*
EMPLOYMENT DIVISION, *Respondent.*
(Case No. 76-T-75, CA 7436)
(Cases consolidated)

567 P2d 622

William B. Wyllie, Salem, argued the cause and filed the brief for petitioners.

James C. Rhodes, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee and Tanzer, Judges.

PER CURIAM.

Affirmed. *Baker v. Cameron,* 240 Or 354, 401 P2d 691 (1965); *Mt. Jefferson Carpets v. Emp. Div.,* 25 Or App 375, 548 P2d 1354 (1976).